## BOSWORTH *vs.* HIGHTOWER.

A motion for new trial was made during the term when the trial was had; an order was granted allowing the movant forty days within which to prepare a brief of the evidence, and directing that the motion be heard at a stated place and at a time more than forty days from the date of the order; at the specified time and place the movant failed to appear; the presiding judge heard the motion and refused the new trial:

*Held,* that no motion to dismiss the motion for new trial having been made by the party excepting, and the papers being before the judge at the time and place designated for the hearing, there was no error in hearing and determining the same instead of dismissing it.

March 18, 1884,

New Trial. Practice in Superior Court. Before Judge
STEWART. Henry Superior Court. October Term, 1883.

Hightower recovered a judgment against Bosworth at
the October term, 1883, of Henry superior court. Defend-
ant moved for a new trial. Two orders allowing time to
perfect the motion for new trial appear in the record   the
first, dated October 22, 1883, allows forty days in which to
perfect and file a brief of evidence, and that the motion
be heard at Griffin on December 3, 1883, and if not heard
then, "at such other day and place as the court may de-
termine." The other order is dated October 23, and allows
forty days from the adjournment of the court to perfect
the motion and brief of evidence and file the latter. A
brief of evidence was agreed upon on November 24, and
was approved and ordered filed December 3.

The bill of exceptions recites that, upon the hearing, de-
fendant was not present or represented   that plaintiff's
attorney moved to dismiss the motion for new trial for
want of prosecution; that the court overruled this motion,
heard the motion for new trial and overruled it. Defend-
ant excepted, and assigned error because the court heard
the case in vacation; because the court should have dis-
missed the motion for new trial, and   not heard it in the
absence of defendant and his counsel; and because the
court overruled the motion for new trial.

HALL & HUNT, for plaintiff in error.

E. J. REAGAN, for defendant.

BLANDFORD, Justice.

Defendant in error brought his action for words against
plaintiff in error, and obtained a verdict and judgment.
Bosworth moved for a new trial, which motion was made
at the term when the verdict and judgment were rendered,
to-wit, at the October term, 1883. The court granted an

order allowing movant forty days within which to prepare a brief of the evidence, and directed that said motion be heard before him on December 3, 1883, at the city of Griffin, which latter time was more than forty days from the time when said order was granted. On December 3, the presiding judge heard said motion and refused the new trial, the movant failing to appear.

It is insisted here that the judge should have dismissed the motion for the non-appearance of movant, instead of hearing the motion and refusing the new trial, and this is the only error complained of.

There was no motion made to dismiss the motion for new trial. The papers being before the judge at the time and place designated for the hearing, he did right to hear and determine the motion, and the judgment is affirmed.

Judgment affirmed.